CAROL A. DOYLE
# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ALTER, STEPHEN M | § | Case No. 10-49021 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ____ of the United States Bankruptcy Code was filed on ____. The undersigned trustee was appointed on ____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]         $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/PHILIP V. MARTINO_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-49021 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|
| Case Name: | ALTER, STEPHEN M | | | Date Filed (f) or Converted (c): | 10/31/10 (f) |
| | | | | 341(a) Meeting Date: | 01/05/11 |
| For Period Ending: 03/05/12 | | | | Claims Bar Date: | 04/11/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1709 W GREENLEAF UNIT #3 CHICAGO, IL 60626 | 176,000.00 | 0.00 | | 0.00 | FA |
| 2. CHASE | 100.00 | 0.00 | | 0.00 | FA |
| 3. MISC HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| 4. MISC WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 5. MET LIFE | 400.00 | 0.00 | | 0.00 | FA |
| 6. ALLSTATE | 4,000.00 | 0.00 | | 0.00 | FA |
| 7. 2007 MINI COOPER 21,000 MILES | 12,000.00 | 2,457.00 | | 2,457.00 | 0.00 |
| 8. 2004 MERCEDES C320 62,000 MILES | 9,000.00 | 6,000.00 | | 6,000.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.37 | Unknown |
| TOTALS (Excluding Unknown Values) | $202,500.00 | $8,457.00 | | $8,457.37 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

$563.80 payment due first of each month for 15 payments. Should be completed by March of 2012.

Initial Projected Date of Final Report (TFR): 06/30/11    Current Projected Date of Final Report (TFR): 07/01/12

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                      Ver: 16.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-49021 -CAD | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | ALTER, STEPHEN M | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0658 BofA - Money Market Account |
| Taxpayer ID No: | *******3314 | | |
| For Period Ending: | 03/05/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/04/11 | 7 | Stephen M. Alter | | 1129-000 | 563.80 | | 563.80 |
| 03/08/11 | 7 | Chase Online Bank for Stephen Alter | | 1129-000 | 563.80 | | 1,127.60 |
| 03/30/11 | 7 | Stephen M. Alter | | 1129-000 | 563.80 | | 1,691.40 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,691.41 |
| 04/05/11 | 7 | Stephen Alter | | 1129-000 | 563.80 | | 2,255.21 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,255.23 |
| 05/12/11 | 8 | Stephen M. Alter | May Payment | 1129-000 | 563.80 | | 2,819.03 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,819.05 |
| 06/02/11 | | Stephen Alter | | | 563.80 | | 3,382.85 |
| | 7 | STEPHEN ALTER | Memo Amount: 201.80 | 1129-000 | | | |
| | 8 | STEPHEN ALTER | Memo Amount: 362.00 | 1129-000 | | | |
| 06/30/11 | 8 | Stephen Alter | July Payment | 1129-000 | 563.80 | | 3,946.65 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,946.68 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,946.71 |
| 08/02/11 | 8 | Stephen Allter | August payment | 1129-000 | 563.80 | | 4,510.51 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,510.55 |
| 09/07/11 | 8 | Stephen Alter | | 1129-000 | 563.80 | | 5,074.35 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,074.39 |
| 10/06/11 | 8 | Stephen M. Alter | | 1129-000 | 563.80 | | 5,638.19 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,638.24 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.93 | 5,631.31 |
| 11/02/11 | 8 | Stephen M. Alter | | 1129-000 | 563.80 | | 6,195.11 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,195.16 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.50 | 6,187.66 |
| 12/05/11 | 8 | Stephen Alter | | 1129-000 | 563.80 | | 6,751.46 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,751.51 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.16 | 6,743.35 |

Page Subtotals 6,765.94 22.59

UST Form 101-7-TFR (5/1/2011) (Page: 4)

LFORM24

Ver: 16.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 10-49021 -CAD | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | ALTER, STEPHEN M | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0658  BofA - Money Market Account |
| Taxpayer ID No: | *******3314 | | | |
| For Period Ending: | 03/05/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/04/12 | 8 | Stephen Alter | January 2012 payment | 1129-000 | 563.80 | | 7,307.15 |
| 01/18/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 7,307.18 |
| 01/18/12 | | Transfer to Acct #*******3622 | Bank Funds Transfer | 9999-000 | | 7,307.18 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 563.80 | COLUMN TOTALS | 7,329.77 | 7,329.77 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 7,307.18 | |
| | | Subtotal | 7,329.77 | 22.59 | |
| Memo Allocation Net: | 563.80 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 7,329.77 | 22.59 | |

Page Subtotals   563.83   7,307.18

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 16.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 10-49021 -CAD | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | ALTER, STEPHEN M | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******3622  Checking Account |
| Taxpayer ID No: | *******3314 | | | |
| For Period Ending: | 03/05/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/18/12 | | Transfer from Acct #*******0658 | Bank Funds Transfer | 9999-000 | 7,307.18 | | 7,307.18 |
| 02/03/12 | 8 | Stephen M. Alter | | 1129-000 | 563.80 | | 7,870.98 |
| 02/07/12 | 003001 | International Sureties Ltd. | | 2300-000 | | 7.75 | 7,863.23 |
| 03/02/12 | 8 | Stephen Alter | Final Payment | 1129-000 | 563.80 | | 8,427.03 |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 8,434.78 | 7.75 | 8,427.03 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 7,307.18 | 0.00 | |
| | | Subtotal | 1,127.60 | 7.75 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 1,127.60 | 7.75 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 563.80 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | BofA - Money Market Account - *******0658 | 7,329.77 | 22.59 | 0.00 |
| | | Checking Account - ********3622 | 1,127.60 | 7.75 | 8,427.03 |
| Total Memo Allocation Net: | 563.80 | | ----------------------- | ----------------------- | ----------------------- |
| | | | 8,457.37 | 30.34 | 8,427.03 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       8,434.78       7.75

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 05, 2012 |
|---|---|---|---|---|---|---|

Case Number: 10-49021  
Debtor Name: ALTER, STEPHEN M

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Quarles & Brady LLP | Administrative | | $1,262.80 | $0.00 | $1,262.80 |
| 000001<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $14,423.24 | $0.00 | $14,423.24 |
| 000002<br>070<br>7100-00 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | Unsecured | | $7,235.35 | $0.00 | $7,235.35 |
| 000003<br>070<br>7100-00 | Elkin Vasquez<br>2600 W Logan Blvd. #2A<br>Chicago, IL 60647 | Unsecured | | $15,956.65 | $0.00 | $15,956.65 |
| 000004<br>070<br>7100-00 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $22,531.87 | $0.00 | $22,531.87 |
| | Case Totals: | | | $61,409.91 | $0.00 | $61,409.91 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-49021
Case Name: ALTER, STEPHEN M
Trustee Name: PHILIP V. MARTINO

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ | $ | $ |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ | $ | $ |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses  $_____

Remaining Balance  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Centurion Bank | $ | $ | $ |
| 000002 | Sallie Mae | $ | $ | $ |
| 000003 | Elkin Vasquez | $ | $ | $ |
| 000004 | FIA Card Services, NA/Bank of America | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE