CAROL A. DOYLE
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ALTER, STEPHEN M | § | Case No. 10-49021 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE BANKRUPTCY COURT
219 SOUTH DEARBORN STREET, ROOM 713
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/24/2012 in Courtroom 742,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/28/2012          By: Clerk of the Bankruptcy Court
                                      Clerk of the Bankruptcy Court

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
ALTER, STEPHEN M §        Case No. 10-49021
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 8,457.37 |
| and approved disbursements of | $ | 30.34 |
| leaving a balance on hand of[1] | $ | 8,427.03 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $        1,595.74 | $        0.00 | $        1,595.74 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $        1,243.00 | $        0.00 | $        1,243.00 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $        19.80 | $        0.00 | $        19.80 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 2,858.54 |
| Remaining Balance | $ | 5,568.49 |

---
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 60,147.11  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.3  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Centurion Bank | $ 14,423.24 | $ 0.00 | $ 1,335.32 |
| 000002 | Sallie Mae | $ 7,235.35 | $ 0.00 | $ 669.86 |
| 000003 | Elkin Vasquez | $ 15,956.65 | $ 0.00 | $ 1,477.29 |
| 000004 | FIA Card Services, NA/Bank of America | $ 22,531.87 | $ 0.00 | $ 2,086.02 |

Total to be paid to timely general unsecured creditors    $    5,568.49

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino
Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-49021-CAD
Stephen M Alter                                                           Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez          Page 1 of 3          Date Rcvd: Mar 30, 2012
                              Form ID: pdf006          Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2012.
db           +Stephen M Alter,   1709 W Greenleaf Unit #3,   Chicago, IL 60626-5757
aty          +Quarles & Brady LLP,   300 North LaSalle Street,   Suite 4000,   Chicago, IL 60654-5427
16851202      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16363878     +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
16363877     +Amex,   P.O. Box 981537,   El Paso, TX 79998-1537
16363880     +Bank One,   One First Natl Plaza,   Chicago, IL 60670-0001
16363881     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
16363885     +Chase,   201 N Walnut St # De1-10,   Wilmington, DE 19801-2920
16363883     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
16363887     +Chase,   Po Box 901039,   Fort Worth, TX 76101-2039
16363884     +Chase,   Po Box 71,   Phoenix, AZ 85001-0071
16363886      Chase,   Po Box 24696,   Columbus, OH 43224-0696
16363888     +Citi Ctb,   4500 New Linden Hill Rd,   Wilmington, DE 19808-2922
16363890     +Consu Lend,   P.O. Box 981400,   El Paso, TX 79998-1400
16363892     #+Elkin Vasquez,   2600 W Logan Blvd. #2A,   Chicago, IL 60647-1843
16363897     +Hsbc/Carsn,   Pob 15521,   Wilmington, DE 19850-5521
16363899      M-B Financ,   2050 Roanoke Rd,   Westlake, TX 76262-9616
16363900     +Natl Coleg,   1200 North 7th Street,   Harrisburg, PA 17102-1419
16363901     +Peoplesene,   130 E. Randolph Drive,   Chicago, IL 60601-6302
16363902      Providian,   Pob 9023,   Pleasanton, CA 94566
16363904     ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,   ATTN BANKRUPTCY DEPT,
               MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,   Frederick, MD 21701)
16363905      Wfnnb/Exp,   Po Box 330066,   Northglenn, CO 80233-8066
16363906      Wfnnb/Exst,   Po Box 330064,   Northglenn, CO 80233-8064
16363907     +Wfnnb/Medchoice,   Po Box 29239,   Shawnee Mission, KS 66201-9239
16363908     +Wfnnb/Roomplace,   Po Box 2974,   Shawnee Mission, KS 66201-1374


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16363882     +E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2012 03:46:24     Carecrd/Gemb,   Po Box 981439,
               El Paso, TX 79998-1439
16363891     +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 31 2012 02:27:26     Discover Fin Svcs Llc,
               Po Box 15316,   Wilmington, DE 19850-5316
17082758      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 31 2012 02:46:34
               FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
16363894      E-mail/PDF: dwolfe@fpfc.net Mar 31 2012 02:26:32     First Place Bank,   724 Boardman Poland Rd,
               Youngstown, OH 44512
16363893     +E-mail/Text: swilloughby@firstbt.com Mar 31 2012 01:53:24     First Bank & Trust,   820 Church St,
               Evanston, IL 60201-3764
16363895     +E-mail/Text: bankruptcysupport@flagstar.com Mar 31 2012 01:52:47     Flagstar Bank,
               5151 Corporate Dr,   Troy, MI 48098-2639
16363896     +E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2012 03:46:24     Gemb/Jcp,   Po Box 981402,
               El Paso, TX 79998-1402
16363903     +E-mail/PDF: pa_dc_claims@salliemae.com Mar 31 2012 03:17:19     Sallie Mae,   Po Box 9500,
               Wilkes Barre, PA 18773-9500
16878688     +E-mail/PDF: pa_dc_claims@salliemae.com Mar 31 2012 03:17:19     Sallie Mae,   c/o Sallie Mae Inc.,
               220 Lasley Ave,   Wilkes-Barre, PA 18706-1496
                                                                                           TOTAL: 9


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Shannon F O'Boye
16363898*    +Hsbc/Carsn,   Po Box 15521,   Wilmington, DE 19850-5521
16363879     ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
16363889     ##+Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
                                                                          TOTALS: 1, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-1          User: mgonzalez          Page 2 of 3              Date Rcvd: Mar 30, 2012
                             Form ID: pdf006          Total Noticed: 34

```
***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 01, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: mgonzalez         Page 3 of 3              Date Rcvd: Mar 30, 2012
                             Form ID: pdf006          Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2012 at the address(es) listed below:

          John Nasiakos    on behalf of Debtor Stephen Alter john@nasiakoslaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Philip V Martino    philip.martino@quarles.com,
           pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
          Philip V Martino    on behalf of Trustee Philip Martino philip.martino@quarles.com
          Shannon F OBoye    on behalf of Trustee Philip Martino shannon.oboye@quarles.com
                                                                                  TOTAL: 5