CAROL A. DOYLE
UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
ALTER, STEPHEN M § Case No. 10-49021
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/PHILIP V. MARTINO_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Po Box 71 Phoenix, AZ 85001 |  |  |  |  |  |
|  | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 | | | | | |
| | First Bank & Trust 820 Church St Evanston, IL 60201 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| QUARLES & BRADY LLP | | | | | |
| QUARLES & BRADY LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Natl Coleg 1200 North 7th Street Harrisburg, PA 17102 | | | | | |
| | Natl Coleg 1200 North 7th Street Harrisburg, PA 17102 | | | | | |
| | Natl Coleg 1200 North 7th Street Harrisburg, PA 17102 | | | | | |
| | Sallie Mae Po Box 9500 Wilkes Barre, PA 18773 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex P.O. Box 981537 El Paso, TX 79998 | | | | | |
| | Amex P.O. Box 981537 El Paso, TX 79998 | | | | | |
| | Amex P.O. Box 981537 El Paso, TX 79998 | | | | | |
| | Amex P.O. Box 981537 El Paso, TX 79998 | | | | | |
| | Amex P.O. Box 981537 El Paso, TX 79998 | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Bank One One First Natl Plaza Chicago, IL 60670 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Carecrd/Gemb Po Box 981439 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase 201 N Walnut St # De1-10 Wilmington, DE 19801 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 24696 Columbus, OH 43224-0696 | | | | | |
| | Chase Po Box 901039 Fort Worth, TX 76101 | | | | | |
| | Citi Ctb 4500 New Linden Hill Rd Wilmington, DE 19808 | | | | | |
| | Consu Lend P.O. Box 981400 El Paso, TX 79998 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Place Bank 724 Boardman Poland Rd Youngstown, OH 44512 | | | | | |
| | Flagstar Bank 5151 Corporate Dr Troy, MI 48098 | | | | | |
| | Gemb/Jcp Po Box 981402 El Paso, TX 79998 | | | | | |
| | Hsbc/Carsn Po Box 15521 Wilmington, DE 19805 | | | | | |
| | Hsbc/Carsn Pob 15521 Wilmington, DE 19805 | | | | | |
| | M-B Financ 2050 Roanoke Rd Westlake, TX 76262-9616 | | | | | |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |
| | Providian Pob 9023 Pleasanton, CA 94566 | | | | | |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 |  |  |  |  |  |
|  | Wfnnb/Exp Po Box 330066 Northglenn, CO 80233-8066 |  |  |  |  |  |
|  | Wfnnb/Exst Po Box 330064 Northglenn, CO 80233-8064 |  |  |  |  |  |
|  | Wfnnb/Medchoice Po Box 29239 Shawnee Mission, KS 66201 |  |  |  |  |  |
|  | Wfnnb/Roomplace Po Box 2974 Shawnee Mission, KS 66201 |  |  |  |  |  |
|  | AMERICAN EXPRESS CENTURION |  |  |  |  |  |
| 000001 | AMERICAN EXPRESS CENTURION BANK |  |  |  |  |  |
| 000003 | ELKIN VASQUEZ |  |  |  |  |  |
|  | ELKIN VASQUEZ |  |  |  |  |  |
|  | ELKIN VASQUEZ STOP PAYMENT |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000002 | SALLIE MAE | | | | | |
| | SALLIE MAE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

06/14/2012

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-49021 CAD Judge: CAROL A. DOYLE | Trustee Name: PHILIP V. MARTINO |
| Case Name: | ALTER, STEPHEN M | Date Filed (f) or Converted (c): 10/31/10 (f) |
| | | 341(a) Meeting Date: 01/05/11 |
| For Period Ending: | 06/14/12 | Claims Bar Date: 04/11/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1709 W GREENLEAF UNIT #3 CHICAGO, IL 60626 | 176,000.00 | 0.00 | | 0.00 | FA |
| 2. CHASE | 100.00 | 0.00 | | 0.00 | FA |
| 3. MISC HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| 4. MISC WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 5. MET LIFE | 400.00 | 0.00 | | 0.00 | FA |
| 6. ALLSTATE | 4,000.00 | 0.00 | | 0.00 | FA |
| 7. 2007 MINI COOPER 21,000 MILES | 12,000.00 | 2,457.00 | | 2,457.00 | 0.00 |
| 8. 2004 MERCEDES C320 62,000 MILES | 9,000.00 | 6,000.00 | | 6,000.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.37 | Unknown |

| | | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $202,500.00 | $8,457.00 | | $8,457.37 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/11     Current Projected Date of Final Report (TFR): 07/01/12

LFORM1         Ver: 16.06b
**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-49021 -CAD | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | ALTER, STEPHEN M | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0658 BofA - Money Market Account |
| Taxpayer ID No: | *******3314 | | |
| For Period Ending: | 06/14/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/04/11 | 7 | Stephen M. Alter | | 1129-000 | 563.80 | | 563.80 |
| 03/08/11 | 7 | Chase Online Bank for Stephen Alter | | 1129-000 | 563.80 | | 1,127.60 |
| 03/30/11 | 7 | Stephen M. Alter | | 1129-000 | 563.80 | | 1,691.40 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,691.41 |
| 04/05/11 | 7 | Stephen Alter | | 1129-000 | 563.80 | | 2,255.21 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,255.23 |
| 05/12/11 | 8 | Stephen M. Alter | May Payment | 1129-000 | 563.80 | | 2,819.03 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,819.05 |
| 06/02/11 | | Stephen Alter | | | 563.80 | | 3,382.85 |
| | 7 | STEPHEN ALTER | Memo Amount: 201.80 | 1129-000 | | | |
| | 8 | STEPHEN ALTER | Memo Amount: 362.00 | 1129-000 | | | |
| 06/30/11 | 8 | Stephen Alter | July Payment | 1129-000 | 563.80 | | 3,946.65 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,946.68 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,946.71 |
| 08/02/11 | 8 | Stephen Allter | August payment | 1129-000 | 563.80 | | 4,510.51 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,510.55 |
| 09/07/11 | 8 | Stephen Alter | | 1129-000 | 563.80 | | 5,074.35 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,074.39 |
| 10/06/11 | 8 | Stephen M. Alter | | 1129-000 | 563.80 | | 5,638.19 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,638.24 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.93 | 5,631.31 |
| 11/02/11 | 8 | Stephen M. Alter | | 1129-000 | 563.80 | | 6,195.11 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,195.16 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.50 | 6,187.66 |
| 12/05/11 | 8 | Stephen Alter | | 1129-000 | 563.80 | | 6,751.46 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,751.51 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.16 | 6,743.35 |

Page Subtotals  6,765.94  22.59

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-49021 -CAD | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | ALTER, STEPHEN M | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD #: | *******0658  BofA - Money Market Account |
| Taxpayer ID No: | *******3314 |  |  |
| For Period Ending: | 06/14/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/04/12 | 8 | Stephen Alter | January 2012 payment | 1129-000 | 563.80 |  | 7,307.15 |
| 01/18/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 |  | 7,307.18 |
| 01/18/12 |  | Transfer to Acct #*******3622 | Bank Funds Transfer | 9999-000 |  | 7,307.18 | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 563.80 | COLUMN TOTALS | 7,329.77 | 7,329.77 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 7,307.18 |  |
|  |  | Subtotal | 7,329.77 | 22.59 |  |
| Memo Allocation Net: | 563.80 | Less:  Payments to Debtors |  | 0.00 |  |
|  |  | Net | 7,329.77 | 22.59 |  |

Page Subtotals    563.83    7,307.18

Ver: 16.06b

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-49021 -CAD | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | ALTER, STEPHEN M | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******3622 Checking Account |
| Taxpayer ID No: | *******3314 | | | |
| For Period Ending: | 06/14/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/18/12 | | Transfer from Acct #*******0658 | Bank Funds Transfer | 9999-000 | 7,307.18 | | 7,307.18 |
| 02/03/12 | 8 | Stephen M. Alter | | 1129-000 | 563.80 | | 7,870.98 |
| 02/07/12 | 003001 | International Sureties Ltd. | | 2300-000 | | 7.75 | 7,863.23 |
| 03/02/12 | 8 | Stephen Alter | Final Payment | 1129-000 | 563.80 | | 8,427.03 |
| 04/26/12 | 003002 | PHILIP V. MARTINO<br>QUARLES & BRADY LLP<br>SUITE 4000<br>300 NORTH LASALLE STREET<br>CHICAGO, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 1,595.74 | 6,831.29 |
| 04/26/12 | 003003 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee<br>Fees            1,043.00<br>Expenses          19.80 | <br>3110-000<br>3120-000 | | 1,062.80 | 5,768.49 |
| * 04/26/12 | 003004 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000001, Payment 9.59056%<br>(1-1) CREDIT CARD DEBT | 7100-003 | | 1,383.27 | 4,385.22 |
| * 04/26/12 | 003005 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | Claim 000002, Payment 9.59055% | 7100-003 | | 693.91 | 3,691.31 |
| 04/26/12 | 003006 | Elkin Vasquez<br>2600 W Logan Blvd. #2A<br>Chicago, IL 60647 | Claim 000003, Payment 9.59061% | 7100-000 | | 1,530.34 | 2,160.97 |
| * 04/26/12 | 003007 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000004, Payment 9.59059% | 7100-003 | | 2,160.94 | 0.03 |
| * 04/27/12 | 003004 | American Express Centurion Bank | Claim 000001, Payment 9.59056% | 7100-003 | | -1,383.27 | 1,383.30 |
| | | | Page Subtotals | | 8,434.78 | 7,051.48 | |

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-49021 -CAD | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | ALTER, STEPHEN M | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******3622 Checking Account |
| Taxpayer ID No: | *******3314 | | |
| For Period Ending: | 06/14/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 04/27/12 | 003005 | c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br>Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | Payment off by 1 cent<br><br>Claim 000002, Payment 9.59055%<br>Payment off by 1 cent | 7100-003 | | -693.91 | 2,077.21 |
| * 04/27/12 | 003007 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000004, Payment 9.59059%<br>Payment off by 1 cent | 7100-003 | | -2,160.94 | 4,238.15 |
| 04/27/12 | 003008 | AMERICAN EXPRESS CENTURION | Claim 00001, Payment 9.5906353%<br>REISSUED FOR CHECK 3004, Payment off by 1 cent | 7100-000 | | 1,383.28 | 2,854.87 |
| 04/27/12 | 003009 | Sallie Mae | Claim 000002, Payment 9.5906353<br>Replacement check for Check No. 3005; Payment off by 1 cent | 7100-000 | | 693.92 | 2,160.95 |
| 04/27/12 | 003010 | FIA Card Services, NA/Bank of America | Claim 000004, Payment 9.5906353%<br>Reissue for check No. 3007; Payment off by 1 cent | 7100-000 | | 2,160.95 | 0.00 |
| 06/05/12 | | Elkin Vasquez<br>#113<br>1751 DW Howard Street<br>Chicago, IL 60626 | Stop Payment on Check No. 3006 | 7100-000 | 1,530.34 | | 1,530.34 |
| 06/05/12 | 003011 | Elkin Vasquez<br>#113<br>1751 DW Howard Street<br>Chicago, IL 60626 | Final Distribution<br>Final Distribution<br>Original check, 3006, has not returned from post office--creditor changed address. Stop payment put on Check 3006 and reissued Check 3011. | 7100-000 | | 1,530.34 | 0.00 |
| | | | Page Subtotals | | 1,530.34 | 2,913.64 | |

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-49021 -CAD | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | ALTER, STEPHEN M | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******3622  Checking Account |
| Taxpayer ID No: | *******3314 | | | |
| For Period Ending: | 06/14/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 9,965.12 | 9,965.12 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 7,307.18 | 0.00 | |
| | | | | Subtotal | | 2,657.94 | 9,965.12 | |
| | | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | | Net | | 2,657.94 | 9,965.12 | |
| | | | | | | | NET | ACCOUNT |
| | | Total Allocation Receipts: | 563.80 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | Total Allocation Disbursements: | 0.00 | BofA - Money Market Account - ********0658 | 7,329.77 | 22.59 | 0.00 |
| | | | | Checking Account - ********3622 | 2,657.94 | 9,965.12 | 0.00 |
| | | Total Memo Allocation Net: | 563.80 | | ------------------ | ------------------ | ------------------ |
| | | | | | 9,987.71 | 9,987.71 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*